United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 12, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-10660
Conference Calendar

_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

MARIO PRADO,

                              Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:04-CR-254-2
--------------------

Before KING, WIENER, and OWEN, Circuit Judges.

PER CURIAM:[*]

    The Federal Public Defender appointed to represent Mario
Prado has requested leave to withdraw and has filed a brief as
required by Anders v. California, 386 U.S. 738 (1967).  Our
independent review of the record, counsel's brief, and Prado's
response, discloses no nonfrivolous issue for appeal.  Counsel's
motion for leave to withdraw is GRANTED, counsel is excused from
further responsibilities, and the appeal is DISMISSED.  See 5TH
CIR. R. 42.2.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.